UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA

JOHN SCOTT                                    CIVIL ACTION

VERSUS                                        NO: 06-5759

BERRY CONTRACTING, LP, ET                     SECTION: "J" (3)
AL.

                            **ORDER AND REASONS**

    Before the Court is Defendant Berry Contracting, LP's **Motion to Strike Plaintiff's Expert Witnesses (Rec Doc. 32)**. This motion, which is opposed, was set for hearing on June 25, 2008 on the briefs. Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds that Defendant's motion should be denied.

    The Court finds that while the Plaintiff did not fully comply with Fed. R. Civ. P. 26(a)(2)(B) for the disclosure of expert witness reports on June 4, 2008, in accordance with the Scheduling Order, Plaintiff has subsequently provided all required information to counsel for the Defendant. Furthermore, the Defendant will not be prejudiced if allowed a three week extension of time to complete expert discovery and disclose

expert witness reports.  Accordingly,

    **IT IS ORDERED** that Defendant Berry Contracting LP's **Motion to Strike Plaintiff's Expert Witnesses (Rec. Doc. 32)** is hereby **DENIED.**

    **IT IS FURTHER ORDERED** that Plaintiff's **Motion for Leave to File Supplemental Memorandum in Opposition to Defendant's Motion to Strike Plaintiff's Expert Reports (Rec. Doc. 40)** is hereby **GRANTED.**

    **IT IS FURTHER ORDERED** that Defendant Berry Contracting, LP is **GRANTED** a continuance of three weeks from the prior deadline of Monday, July 7, 2008, or until Monday, July 28, 2008, in which to deliver to counsel for Plaintiff any written reports of experts who may be witnesses for the Defendant.

    New Orleans, Louisiana, this 2nd day of July, 2007.

                                      CARL J. BARBIER
                                      UNITED STATES DISTRICT JUDGE